THE BERG LAW GROUP
IRVING L. BERG (SBN 36273)
433 Town Center, PMB 943
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. GUZMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LAW OFFICES OF JOEL CARDIS, LLC, JOEL CARDIS, and JOHN DOE BRUNGART, individuals,

_____/

Case No.: C 06-0215 SC

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**ORDER**

TO: THE CLERK OF THE COURT

  PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.  No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, defendants  have not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order.

DATED:   February 21, 2006       By:   /s/ Irving L Berg
                 IRVING L. BERG
                 Attorney for Plaintiff

NOTICE OF DISMISSAL WITHOUT  PREJUDICE
Case No.: C 06-0215 SC

IT IS SO ORDERED
Judge Samuel Conti
2/22/06
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA